1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                 SOUTHERN DISTRICT OF CALIFORNIA
10

11   STANFORD P. BRYANT,                    CASE NO. 08-CV-2318 W (RBB)

12                           Plaintiff,

13                                          **ORDER (1) ADOPTING REPORT**
                                            **AND RECOMMENDATION**
14        vs.                               **[DOC. 117], (2) GRANTING IN**
                                            **PART AND DENYING IN PART**
15                                          **DEFENDANTS' MOTION FOR**
                                            **SUMMARY JUDGMENT [DOC.**
16                                          **91], AND (3) DENYING**
     T. ARMSTRONG, et al.,                  **PLAINTIFF'S MOTION FOR**
17                                          **SUMMARY JUDGMENT [DOC.**
                             Defendants.    **92]**
18
19

20        On December 12, 2008, Plaintiff Stanford Paul Bryant, a state prisoner

21   proceeding pro se and in forma pauperis, filed a Complaint pursuant to 42 U.S.C. §

22   1983 [Doc. 1].  On March 3, 2009, he filed a First Amended Complaint [Doc. 3].  The

23   ten named Defendants moved to dismiss Plaintiff's First Amedned Complaint [Doc.

24   Nos. 15, 18].  This Court issued an order adopting Magistrate Judge Ruben B. Brooks'

25   Report and Recommendation to Grant in Part and Deny in Part Defendants' Motion

26   to Dismiss Plaintiff's First Amended Complaint [Doc. Nos. 27, 37].

27        On June 23, 2010, Plaintiff filed a Second Amended Complaint [Doc. No. 39].

28   All ten Defendants moved to dismiss the Second Amended Complaint [Doc. No. 40],

which was granted in part and denied in part [Doc. Nos. 46-47]. The six remaining Defendants– Armstrong, Catlett, Janda, Lizarraga, Ochoa, and Trujillo– filed their Answer [Doc. No. 49].

On December 23, 2011, Defendants filed their Motion for Summary Judgment [Doc. No. 91]. On the same day, Plaintiff filed his own Motion for Summary Judgment [Doc. No. 92]. Plaintiff and Defendants both oppose [Doc. No. 96, 101]. On August 3, 2012, United States Magistrate Judge Ruben B. Brooks issued a Report and Recommendation (the "Report") recommending that Defendants' Motion for Summary Judgment be granted in part and denied in part. (*Report* 3 [Doc. 117].) The Report also recommended that Plaintiff's Motion for Summary Judgement be denied. (*Id.*) In addition, the Report ordered the parties to file written objections by August 29, 2012, and any reply to the objections by September 12, 2012. (*Id.*) On August 29, 2012, Defendants filed an Objection to the Report's recommendations [Doc. 118].

Pursuant to Rule 72 of the Federal Rules of Civil Procedure and 28 U.S.C. § 636(b)(1), the Court "must make a *de novo* determination of those portions of the report . . . to which objection is made," and "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate [judge]." 28 U.S.C. § 636(b)(1); see also United States v. Remsing, 874 F.2d 614, 617 (9th Cir. 1989). Having conducted a *de novo* review of the Report, the Court concludes that Judge Brooks issued an accurate Report and well-reasoned recommendation that the Defendant's Motion for Summary Judgment be granted in part and denied in part and Plaintiff's Motion for Summary Judgment be denied. Accordingly, the Court **ADOPTS** the Report [Doc. No. 117] in its entirety, **GRANTS in part** and **DENIES in part** Defendants' Motion for Summary Judgment [Doc. No. 91], **DENIES** Plaintiff's Motion for Summary Judgment [Doc. No. 92], and **ORDERS AS FOLLOWS**:

      1.    With respect to the equal protection cause of action in count one against Defendant Armstrong on a class-of-one theory, Defendant Armstrong's Motion for Summary Judgement is **GRANTED**.

8cv2318w

1

2       2.   With respect to the retaliation cause of action in count three, Defendant

3           Armstrong's Motion for Summary Judgment is **GRANTED**.

4       3.   With respect to the retaliation cause of action in count three, Defendant

5           Ochoa's Motion for Summary Judgment is **GRANTED**.

6       4.   With respect to the retaliation cause of action in count three, Defendant

7           Janda's Motion for Summary Judgment is **GRANTED**.

8       5.   Defendants' Motion for Summary Judgment in all other respects is

9           **DENIED**.

10       6.   Plaintiff's Motion for Summary Judgment is **DENIED**.

11

12   **IT IS SO ORDERED.**

13

14   DATED:  March 11, 2013

15

16   _____

    Hon. Thomas J. Whelan
    United States District Judge

17

18

19

20

21

22

23

24

25

26

27

28