# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| STANFORD P. BRYANT, | CASE NO. 08-CV-2318 W (RBB) |
|---|---|
| Plaintiff, | |
| vs. | ORDER (1) ADOPTING REPORT AND RECOMMENDATION [DOC. 117], (2) GRANTING IN PART AND DENYING IN PART DEFENDANTS' MOTION FOR SUMMARY JUDGMENT [DOC. 91], AND (3) DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT [DOC. 92] |
| T. ARMSTRONG, et al., | |
| Defendants. | |

On December 12, 2008, Plaintiff Stanford Paul Bryant, a state prisoner proceeding pro se and in forma pauperis, filed a Complaint pursuant to 42 U.S.C. § 1983 [Doc. 1]. On March 3, 2009, he filed a First Amended Complaint [Doc. 3]. The ten named Defendants moved to dismiss Plaintiff's First Amedned Complaint [Doc. Nos. 15, 18]. This Court issued an order adopting Magistrate Judge Ruben B. Brooks' Report and Recommendation to Grant in Part and Deny in Part Defendants' Motion to Dismiss Plaintiff's First Amended Complaint [Doc. Nos. 27, 37].

On June 23, 2010, Plaintiff filed a Second Amended Complaint [Doc. No. 39]. All ten Defendants moved to dismiss the Second Amended Complaint [Doc. No. 40],

1  which was granted in part and denied in part [Doc. Nos. 46-47]. The six remaining
2  Defendants– Armstrong, Catlett, Janda, Lizarraga, Ochoa, and Trujillo– filed their
3  Answer [Doc. No. 49].
4        On December 23, 2011, Defendants filed their Motion for Summary Judgment
5  [Doc. No. 91]. On the same day, Plaintiff filed his own Motion for Summary Judgment
6  [Doc. No. 92]. Plaintiff and Defendants both oppose [Doc. No. 96, 101]. On August
7  3, 2012, United States Magistrate Judge Ruben B. Brooks issued a Report and
8  Recommendation (the "Report") recommending that Defendants' Motion for Summary
9  Judgment be granted in part and denied in part. (*Report* 3[Doc. 117].) The Report also
10  recommended that Plaintiff's Motion for Summary Judgement be denied. (*Id.*) In
11  addition, the Report ordered the parties to file written objections by August 29, 2012,
12  and any reply to the objections by September 12, 2012. (*Id.*) On August 29, 2012,
13  Defendants filed an Objection to the Report's recommendations [Doc. 118].
14        Pursuant to Rule 72 of the Federal Rules of Civil Procedure and 28 U.S.C. §
15  636(b)(1), the Court "must make a *de novo* determination of those portions of the
16  report . . . to which objection is made," and "may accept, reject, or modify, in whole or
17  in part, the findings or recommendations made by the magistrate [judge]." 28 U.S.C.
18  § 636(b)(1); see also United States v. Remsing, 874 F.2d 614, 617 (9th Cir. 1989).
19  Having conducted a *de novo* review of the Report, the Court concludes that Judge
20  Brooks issued an accurate Report and well-reasoned recommendation that the
21  Defendant's Motion for Summary Judgment be granted in part and denied in part and
22  Plaintiff's Motion for Summary Judgment be denied. Accordingly, the Court **ADOPTS**
23  the Report [Doc. No. 117] in its entirety, **GRANTS in part** and **DENIES in part**
24  Defendants' Motion for Summary Judgment [Doc. No. 91], **DENIES** Plaintiff's Motion
25  for Summary Judgment [Doc. No. 92], and **ORDERS AS FOLLOWS**:
26      1.    With respect to the equal protection cause of action in count one against
27           Defendant Armstrong on a class-of-one theory, Defendant Armstrong's
28           Motion for Summary Judgement is **GRANTED**.

2. With respect to the retaliation cause of action in count three, Defendant Armstrong's Motion for Summary Judgment is **GRANTED**.

3. With respect to the retaliation cause of action in count three, Defendant Ochoa's Motion for Summary Judgment is **GRANTED**.

4. With respect to the retaliation cause of action in count three, Defendant Janda's Motion for Summary Judgment is **GRANTED**.

5. Defendants' Motion for Summary Judgment in all other respects is **DENIED**.

6. Plaintiff's Motion for Summary Judgment is **DENIED**.

**IT IS SO ORDERED.**

DATED: March 11, 2013

_____
Hon. Thomas J. Whelan
United States District Judge